# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SPRAWLDEF, ET AL.,**<br>Petitioners,<br>vs.<br>**CITY OF RICHMOND, ET AL.,**<br>Respondents. | CASE NO. 18-cv-03918-YGR<br>**ORDER RE: WITHDRAWAL OF MOTION; DIRECTING PARTIES TO MEET AND CONFER ON SCHEDULE AND SETTING CASE MANAGEMENT CONFERENCE**<br>Re: Dkt. No. 12 |

Respondents City of Richmond, Mayor Tom Butt, and Richmond City Council filed their motion to dismiss the Petition for Writ of Mandate filed by Petitioners SPRAWLDEF, *et al.* (Dkt. No. 12.) At the hearing on September 11, 2018, Respondents withdrew their motion to dismiss and agreed to file an answer to the petition no later than **September 24, 2018**.

The parties are directed to meet and confer regarding a schedule for briefing on the petition and for submission of the record. The parties are further directed to meet and confer regarding whether Upstream Point Molate, LLC and/or the Guidiville Rancheria of California should be joined in these proceedings as a necessary party or real party in interest.

The Court **SETS** a case management conference for **Monday, September 24, 2018, at 2:00 p.m.**, in Courtroom 1, U.S. District Courthouse, 1301 Clay Street, Oakland. The parties shall submit a joint statement addressed to the issues herein and any other issues for case management no later than **September 18, 2018**. The Court will review the parties' statement and, if no appearance is necessary, shall vacate the case management conference.

This order terminates Docket No. 12.

**IT IS SO ORDERED.**

Dated: September 12, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**