1   REED GOODMILLER (CA SBN 121491)
    City Attorney
2   Email:  bruce_goodmiller@ci.richmond.ca.us
    RACHEL SOMMOVILLA (CA SBN 231529)
3   Assistant City Attorney
    Email:  rachel_sommovilla@ci.richmond.ca.us
4   CITY OF RICHMOND
    450 Civic Center Plaza
5   Richmond, California  94804
    Telephone:  510.620.6509
6   Facsimile:  510.620.6518

7   ARTURO J. GONZÁLEZ (CA SBN 121490)
    Email:  AGonzalez@mofo.com
8   ALEXIS A. AMEZCUA (CA SBN 247507)
    Email:  AAmezcua@mofo.com
9   TIMOTHY S. KLINE (CA SBN 319227)
    Email:  TKline@mofo.com
10  MORRISON & FOERSTER LLP
    425 Market Street
11  San Francisco, California  94105-2482
    Telephone:  415.268.7000
12  Facsimile:  415.268.7522

13  Attorneys for Respondents
    THE CITY OF RICHMOND, MAYOR TOM
14  BUTT, and RICHMOND CITY COUNCIL

15                  UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17

18  SPRAWLDEF, a public benefit corporation,          Case No.      CV 18-3918-YGR
    CITIZENS FOR EAST SHORE PARKS, a
    public benefit corporation, JAMES HANSON,         **DECLARATION OF THOMAS K. BUTT**
19  TONY SUSTAK, PAUL CARMAN and                      **IN SUPPORT OF CITY OF**
    PAMELA STELLO, individuals,                       **RICHMOND'S OPPOSITION TO**
20                                                    **PETITION FOR WRIT OF MANDATE**

                     Petitioners,
21
         v.                                           Date:   February 5, 2019
22                                                    Time:   2:00 p.m.
    CITY OF RICHMOND, a California                    Place:  Ronald V. Dellums Federal Building
23  municipality, MAYOR TOM BUTT and                          1301 Clay Street, Room 1
    RICHMOND CITY COUNCIL, in their                           Oakland, CA 94612
24  official capacities, and Does 1 to 10, inclusive,
                                                      Judge:  Hon. Yvonne Gonzalez Rogers
25
                     Respondents.
26

27

28

Case No. 18-cv-03918-YGR
DECLARATION OF THOMAS K. BUTT I/S/O CITY OF RICHMOND'S OPPOSITION TO PETITION
FOR WRIT OF MANDATE
sf-3931008

I, Thomas K. Butt, declare the following:

1.      I am currently Mayor of Richmond, California.  I have been the Mayor of Richmond from 2015 to the present, and a member of the Richmond City Council since 1995 to the present.  This Declaration is filed concurrently with, and in support of, Respondents' Opposition to Petitioners' Petition for Writ of Mandate.  Unless indicated otherwise, I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify thereto.

2.      I designated three of the seven members of the City Council—myself, Ada Recinos, and Ben Choi—as an ad hoc committee to participate in a mandatory settlement conference and to negotiate settlement terms for the *Guidiville* litigation (Case No. CV 12-1326-YGR).  The three of us attended the February 6, 2018 mandatory settlement conference with Chief Magistrate Judge Spero.

3.      At the February 6, 2018 settlement conference, Judge Spero admonished the parties to keep the settlement discussions confidential.

4.      Thereafter, the parties continued to negotiate specific settlement terms, never with more than the three designated members of the City Council.

5.      No negotiations with Upstream, the Tribe, or their counsel occurred at closed sessions of the City Council.

6.      On March 20, 2018, the entire City Council discussed and approved the settlement in a noticed and agendized closed session meeting attended by City attorneys, City staff, and outside counsel for the City, without representatives of the opposing parties.

7.      To my knowledge, a majority of the City Council never discussed the *Guidiville* settlement outside the closed session with attorneys for the City.  Nor did a majority of the City Council ever meet with Judge Spero, *Guidiville* plaintiffs, or their counsel.

8.      I have not engaged in any serial communications with a majority of the City Council, whether through email or intermediaries or in any other manner, regarding the *Guidiville* settlement.

Case No. 18-cv-03918-YGR
DECLARATION OF THOMAS K. BUTT I/S/O CITY OF RICHMOND'S OPPOSITION TO PETITION
FOR WRIT OF MANDATE
sf-3931008

1

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed on January 8, 2019, in Richmond, California.

3

4  _____
                                    Thomas K. Butt

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 18-cv-03918-YGR
DECLARATION OF THOMAS K. BUTT I/S/O CITY OF RICHMOND'S OPPOSITION TO PETITION
FOR WRIT OF MANDATE
sf-3931008

2