# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SPRAWLDEF, ET AL.,**<br>Petitioners,<br>vs.<br>**CITY OF RICHMOND, ET AL.,**<br>Respondents. | CASE NO. 18-cv-03918-YGR<br>**ORDER DENYING RESPONDENTS' ADMINISTRATIVE MOTION TO STAY; CONTINUING SCHEDULE ON PRELIMINARY INJUNCTION ONE WEEK ONLY**<br>Dkt. No. 69 |

The Court having duly considered the administrative motion (Dkt. No. 69) and opposition thereto, the administrative motion of respondents City of Richmond, *et al.*, to stay further briefing or consideration of petitioners' pending motion for preliminary injunction (Dkt. No. 64) is **DENIED**.

The request, in the alternative, to delay filing of the City's response to the motion for preliminary injunction until September 17, 2019, is **DENIED**. The City has not offered facts sufficient to establish good cause for a delay of this length.

The City shall file its response to the motion for preliminary injunction no later than **August 20, 2019**.

Petitioners' reply shall be filed no later than **August 27, 2019**.

The hearing on the preliminary injunction shall be continued from September 3, 2019, to **September 10, 2019**, at 2:00 p.m.

This terminates Docket No. 69.

**IT IS SO ORDERED.**

Dated: August 8, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**