UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRAWLDEF, et al., | Case No. 18-cv-03918-YGR |
| Petitioners, | |
| v. | **JUDGMENT** |
| CITY OF RICHMOND, et al., | Judge:  Hon. Yvonne González Rogers |
| Respondents. | |

JUDGMENT

**JUDGMENT**

Pursuant to the Court's order of November 20, 2020, in which the Court granted the motion of respondents Mayor Tom Butt, City of Richmond, and Richmond City Council (collectively, "the City") for judgment on the pleadings as to the First Amended Petition without leave to amend, and denied the motion of petitioners Paul Carman, Citizens for East Shore Parks, James Hanson, SPRAWLDEF, Pamela Stello, and Tony Sustak (collectively, "Petitioners") for leave to amend the First Amended Petition, the Court now renders judgment in favor of the City and co-respondents Upstream Point Molate LLC and The Guidiville Rancheria of California and against Petitioners on all claims asserted by Petitioners in their First Amended Petition. Accordingly, the First Amended Petition for Writ of Mandate (Dkt. No. 32) is hereby dismissed with prejudice.

Any party seeking an award of attorneys' fees must file their motion timely based on the date of entry of this judgment and in accordance with the Local Rules.

**IT IS SO ORDERED, ADJUDGED AND DECREED**.

December 3, 2020

Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE